**Donald Devan EDWARDS, Plaintiff–Appellant,**

v.

**Arthur F. BEELER, Defendant–Appellee.**

**No. 03–7054.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 24, 2003.

Donald Devan Edwards, Appellant Pro Se.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Devan Edwards, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of

the district court. *See Edwards v. Beeler*, No. CA–02–426–5–FO (E.D.N.C. filed June 20, 2003 & entered June 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*